# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORI-ANNE ALBANO, MYJORIE PHILIPPE, REBECCA TELARO, and ALYSSA ROSE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>HAIN CELESTIAL GROUP, INC., BEECH-NUT NUTRITION COMPANY, GERBER PRODUCTS COMPANY, and NURTURE, INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 2:21-cv-01118-JMA-AKT<br><br>**STIPULATION [AND ORDER] EXTENDING TIME OF DEFENDANT BEECH-NUT NUTRITION COMPANY TO RESPOND TO COMPLAINT** |

It is hereby STIPULATED between counsel for Plaintiffs and counsel for Defendant Beech-Nut Nutrition Company that Defendant Beech-Nut Nutrition Company shall have up to, and including, May 15, 2021 to answer or otherwise respond to the Complaint.

Dated: March 22, 2021

By: _/s/ Douglas J. McNamara_
Eric A. Kafka
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
(212) 838-7797
Fax: (212) 838-7745
Email: ekafka@cohenmilstein.com

By: _____
Kathleen E. McCarthy
Attorney Bar No.: 2125722
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Phone: 212-556-2345
Fax: 212-556-2222
kmccarthy@kslaw.com

*Attorney for Defendants*

Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW
East Tower, 5th Floor
Washington, DC 20005
(202) 408-4651
Fax: (202) 408-4699
Email: dmcnamara@cohenmilstein.com

Janine Lee Pollack
CALCATERRA POLLACK LLP
1140 Avenue of the Americas
9th Floor
New York, NY 10036
(917) 899-1765
Fax: (332) 206-2073
Email: jpollack@calcaterrapollack.com

Lori G. Feldman
GEORGE GESTEN MCDONALD, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
(561) 232-6002
Fax: (888) 421-4173
Email: LFeldman@4-Justice.com

*Attorneys for Plaintiffs*

---

Dated: March ___, 2021  
Central Islip, NY

SO ORDERED

_____  
Hon. A. Kathleen Tomlinson  
U.S. Magistrate Judge