919 THIRD AVENUE, NEW YORK, NY 10022

# JENNER&BLOCK LLP

April 30, 2021

Michael W. Ross
Tel  +1 212 891 1600
mross@jenner.com

**VIA ECF**

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
U.S.D.C., Eastern District of New York
100 Federal Plaza, Chambers 914
Central Islip, NY 11722

Re:     *Albano v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-1118-JMA-AKT
        Letter Motion for Extension of Deadline to File Responsive Pleading

Dear Judge Tomlinson:

I represent Defendant The Hain Celestial Group, Inc. in the above-referenced action.  Pursuant to Section I.D of this Court's Individual Practice Rules, I write to request a 60-day extension of Hain Celestial's deadline to file a responsive pleading from May 7, 2021 to July 6, 2021.

Hain Celestial seeks this extension in light of two pending motions that bear on the status of this case: (1) a motion filed by Plaintiffs in this action to consolidate all of the "baby food" lawsuits in the United States — including both those against Hain Celestial and those against other manufacturers — into a single multidistrict litigation pursuant to 28 U.S.C. § 1407 set for hearing on May 28, 2021; and (2) a motion filed by the plaintiffs in *Stewart v. Hain Celestial Group, Inc.*, Case No. 2:21-cv-678 (E.D.N.Y.), to consolidate all of the pending "baby food" lawsuits against Hain Celestial into a single proceeding in this District before Judge Seybert.  Because an order granting either of those motions would result in the reassignment and consolidation of this action, it is premature to require Hain Celestial to submit a responsive pleading at this time.

This is Hain Celestial's second request for an extension or adjournment of any kind, and the extension will not affect any pending deadlines set by Court order.  The Court previously agreed to extend the deadline for Hain Celestial to respond to the *Stewart* complaint to June 18, 2021.  My colleagues have conferred with counsel for Plaintiffs, Douglas J. McNamara, who confirmed that Plaintiffs consent to the extension sought herein.

Respectfully submitted,

/s/ Michael W. Ross
        Michael W. Ross

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC          WWW.JENNER.COM